**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR205** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **REYNALDO G. DIAZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion.

IT IS ORDERED:

1.    The Order on Sentencing Schedule (Filing No. 205) is vacated;

2.    This matter shall be taken off the sentencing schedule until further notice;

3.    The sentencing hearing previously scheduled for May 16, 2005, at 11:30

a.m. is hereby cancelled; and

4.    The Clerk shall send a copy of this Order to U.S. Probation Officer Jennifer

Baker.

DATED this 9th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge